UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA Plaintiff v. Steve Bruno Raffa Defendant | CASE NO. 00-6309 - CR Seitz (Garber) REPORT COMMENCING CRIMINAL ACTION 55521-004 |
|---|---|

FILED by D.C. OCT 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/00 - 5:02 am

2. Spoken Language: English - Italian

3. Offense(s) charged: 18 USC 1962(d), 1955, 1511, 892(a) 894(a)(1), 1956(h) 1956(a)(1)(A) & (B), 1957

4. U.S. Citizen       [✓] YES       [ ] NO       [ ] UNKNOWN

5. Date of birth: ~~00/00/0019~~ 10/02/1941

6. Type of charging document: (Check One)
   [✓] INDICTMENT       [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _____        CASE NO. _____
   DISTRICT: SDF       (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:   [ ] YES   [ ] NO

   AMOUNT OF BOND. _____
   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: 10/26/00         9. R. Scott Rivas
                              ARRESTING OFFICER
10. AGENCY: FBI/IRS      11. (305) 944-9101
                              PHONE NO.

#41
HN