UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, :

v. :   CASE NO. 00-6309-CR-Seitz

STEVE RAFFA (J) :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

*[FILED stamp: OCT 26 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]*

COMES NOW DAVID M. GARVIN and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) DAVID M. GARVIN

Counsel's Signature *[signature]*

Address 1200 Brickell Ave #1480
Miami, FL    Zip Code: 33131

Telephone (305) 371-8101

#50
HN