AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

## United States District Court

SOUTHERN DISTRICT OF FLORIDA       517 757

?TH OCT 24 PM 3:30

SO... ...RIOT OF
FT. LAUD. OFFICE

UNITED STATES OF AMERICA

V.

STEVE RAFFA

**WARRANT FOR ARREST**

CASE NUMBER **00-6309**

**CR-SEITZ**

**MAGISTRATE JUDGE GARBER**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___STEVE RAFFA___
                                            Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, obstruction of justice, conspiracy to make extortionate extensions of credit, conspiracy to use extortionate means to collect extortionate extensions of credit, money laundering conspiracy, money laundering

in violation of Title __18__ United States Code, Section(s) 1962(d), 1955, 1511, 892, 894, 1956(h), 1956, 1957

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                            Title of Issuing Officer

_Jenny Butler_ (signature)                         10/24/00 - Fort Lauderdale, Florida
Signature of Issuing Officer                       Date and Location

Bail fixed at $ _BSS_ Pre-trial detention          by BARRY S. SELTZER
                                                      UNITED STATES MAGISTRATE JUDGE
                                                      Name of Judicial Officer

00 OCT 31

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at<br>Ft. Lauderdale, FL |

| DATE RECEIVED<br>10/24/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST<br>10/26/00 | | |

#127
HN