UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA

    Plaintiff,

v.

STEVE RAFFA,
    a/k/a "Uncle Steve,"
JOHN MAMONE,
    a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO,
MICHAEL BUCCINNA,
    a/k/a "Michael Boots,"
JEFFREY BASS,
    a/k/a "the Professor,"
FREDERICK SCAROLA,
GIUSEPPE BELLITTO,
    a/k/a "Joe Baldy,"
MARK CARATTINI,
PAUL DIFILIPPI,
ANSON KLINGER,
JOSEPH SPITALERI,
CHARLES CLAY,
PEGGY PRESTON,
MARK WEISS,
JACOLYN BARUCH, and
DAVID BELL,

    Defendants.
_____/

## NOTICE OF LIS PENDENS

**GRANTEE: STEVE RAFFA, as Trustee**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on October 26, 2000 an INDICTMENT was

returned by a Grand Jury sitting in the Southern District of Florida, charging the above defendant(s), and others known and unknown to the Grand Jury, with violations, among others, of Title 18, U.S.C. §§1962, 1956, etc., and more particularly charging in the forfeiture section of the indictment, that the following described real property, together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is forfeitable, as a substitute asset, to the United States of America under the provisions of 18 U.S.C. §§ 982 and 1963(m):

All that lot or parcel of land, together with its building, improvements, fixtures, attachments and easements, located at 15641 Southwest 16th Street, Pembroke Pines, Florida, and more particularly described as:

> Lots 21 and 26, Block 2, of ST. JAMES PARK NORTH, according to the Plat thereof, as recorded in Plat Book 3, Page 33, in the Public Records of Broward County, Florida.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 18 U.S.C. §1963(i) and 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any

alleged interest subsequent to the indictment, except as provided by the provisions of 18 U.S.C. §1963(l) and 21 U.S.C. § 853(n) following the entry of any order of forfeiture.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

BY: _____
        WILLIAM H. BECKERLEG, JR.
        Assistant United States Attorney
        500 E. Broward Boulevard
        Suite 700
        Ft. Lauderdale, Fl 33394
        Tel: (954)356-7314 ext. 3614
        Fax: (954)356-7180
        Fla. Bar No. A5500074