UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE No. 00-6309-CR-SEITZ

vs.

STEVE RAFFE

*Stipulated* ORDER DENYING REQUEST FOR
PRE-TRIAL DETENTION

_____/

THIS CAUSE came before the Court for a Pre-Trial Detention hearing. Upon consideration, it is

ORDERED AND ADJUDGED that the Government's request for Pre-Trial Detention is DENIED, bond is set at:

_____  Personal Surety, unsecured, in the amount of $_____.

_____  Personal Surety in the amount of $_____ with \_\_\_% posted with the Clerk of the Court.

_____  Full Cash in the amount of $_____.

✓  Corporate Surety in the amount of $250L  CSB/Nebbia  Satisfied by U.S.

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
(✓) Surrender all travel documents to Pretrial Services Office.
( ) Report to Pretrial Services _____ times/week in person _____ times/week by phone.
( ) Curfew imposed 7 days a week, from _____ to _____ a.m.
( ) Defendant shall maintain present residence.
( ) Refrain from possessing a firearm, destructive device or other dangerous weapons.
( ) Maintain/actively seek full-time gainful employment or educational program.
(✓) Defendant may travel to _____ in connection with charges pending in that District; otherwise, travel is restricted to SD/Fla.
( ) Stay away from commercial transportation facilities or marinas.
( ) Electronic monitoring; expenses to be paid by the defendant.
(✓) Comply with the following additional special conditions of this bond: no contact w/victims, witnesses, felons — except thru csl

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____.

DONE AND ORDERED at Miami, Florida this 31st day of OCTROBER 2000.
Tape No: 2000D-116-1156, 111-1
c: U.S. Attorney
   Defense Counsel
   U.S. Pretrial Services
   U.S. Marshal Service

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

20 hr house arrest; may leave home for four hr period between 8a-noon. May otherwise leave home for medical emergencies only or after prior approval from PTS for visit with csl.

#175 HN