UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

vs.

STEVE RAFFE
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No. ~~55521-004~~ *On Bond*

Language: *English*

The above-named Defendant appeared before **Magistrate Judge BROWN** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:      Address: *ON BOND*

Tel. No: _____

Defense Counsel:   Name: *David Garvin*
Address: *1200 Brickell Ave #1480*
*Miami, FL 33131*
Tel. No: *(305) 371-8101*

Bond Set/Continued: *Stip $250,000 CSB w/nebbia*

DATED this *2nd* day of OCTOBER, 2000.

CLARENCE MADDOX, CLERK,

BY STEPHAINE LEE
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2000D- *113-700*
DIGITAL START NO. _____

#195