UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

00 NOV 20 AM 11:52
CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

STEVE RAFFA,
  a/k/a "Uncle Steve,"
JOHN MAMONE,
  a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO,
MICHAEL BUCCINNA,
  a/k/a "Michael Boots,"
JEFFREY BASS,
  a/k/a "the Professor,"
FREDERICK SCAROLA,
GIUSEPPE BELLITTO,
  a/k/a "Joe Baldy,"
MARK CARATTINI,
PAUL DIFILIPPI,
ANSON KLINGER,
JOSEPH SPITALERI,
CHARLES CLAY,
PEGGY PRESTON,
MARK WEISS,
JACOLYN BARUCH, and
DAVID BELL,

  Defendants.
_____/

## RELEASE OF LIS PENDENS

**GRANTEE: STEVE RAFFA, Trustee**

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANTS AND/OR GRANTEE any interest in the real property described hereinunder.

#236
HA

Notice is hereby given that a certain lis pendens recorded in the Miami-Dade County land records on October 26, 2000, in official records 19338, at page 3596, giving notice of the pendency of forfeiture proceedings in the United States District Court for the Southern District of Florida in the above-referenced case is hereby released and discharged.

The property affected by this release is located at **4097 NW 135th Street, Opa-Locka, Florida**, and is more particularly described as:

> Lots 8, 9 and 10, Block 1, of S and F INDUSTRIAL SITES, according to the Plat thereof, as recorded in Plat Book 130, at page 7, of the Public Records of Miami-Dade County, Florida,

together with appurtenances, buildings, improvements, fixtures, attachments and easements.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Boulevard
Suite 700
Ft. Lauderdale, Fl 33394
Tel: (954)356-7314 ext. 3614
Fax: (954)356-7180
Fla. Bar No. A5500074