UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

       Plaintiff,

v.

STEVE RAFFA,
    a/k/a "Uncle Steve,"
JOHN MAMONE,
    a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO,
MICHAEL BUCCINNA,
    a/k/a "Michael Boots,"
JEFFREY BASS,
    a/k/a "the Professor,"
FREDERICK SCAROLA,
GIUSEPPE BELLITTO,
    a/k/a "Joe Baldy,"
MARK CARATTINI,
PAUL DIFILIPPI,
ANSON KLINGER,
JOSEPH SPITALERI,
CHARLES CLAY,
PEGGY PRESTON,
MARK WEISS,
JACOLYN BARUCH, and
DAVID BELL,

       Defendants.
_____/

## UNITED STATES' AGREED MOTION TO VACATE THE
## OCTOBER 27, 2000 PROTECTIVE ORDER AS TO STEVE RAFFA

    The United States files this agreed motion to vacate the protective order entered by this Court

on October 27, 2000, as to Steve Raffa. In support the United States submits that:



1. On October 27, 2000, a protective order was entered by this Court restraining Steve Raffa, his attorney, agents, family members, heirs, executors, representatives, and assigns from taking any action which would tend to diminish the value of the properties described in paragraph five of the protective order.

2. Steve Raffa died recently on November 16, 2000.

3. Some of the properties (Cash 96 Corp. & Sanjo Center, Inc.) described in paragraph five of the protective order were owned by Steve Raffa.

4. The October 27, 2000, protective order needs to be vacated as to Steve Raffa, Cash 96 Corp., Sanjo Center, Inc., his attorney, agents, family members, heirs, executors, representatives and assigns forthwith.

WHEREFORE, the United States requests that the Court enter the attached order which vacates the October 27, 2000, protective order as to Steve Raffa, his attorney, agents, family members, heirs, executors, representatives and assigns.

Respectfully submitted,

GUY A. LEWIS
ACTING UNITED STATES ATTORNEY

By: 

WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing was mailed and faxed this 30th day of November, 2000, to David M. Garvin, Esq., Attorney for Steve Raffa, 1200 Brickell Avenue, Suite 1480, Miami, Florida 33131.

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY