UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

v.

STEVE RAFFA,
    a/k/a "Uncle Steve,"
JOHN MAMONE,
    a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO,
MICHAEL BUCCINNA,
    a/k/a "Michael Boots,"
JEFFREY BASS,
    a/k/a "the Professor,"
FREDERICK SCAROLA,
GIUSEPPE BELLITTO,
    a/k/a "Joe Baldy,"
MARK CARATTINI,
PAUL DIFILIPPI,
ANSON KLINGER,
JOSEPH SPITALERI,
CHARLES CLAY,
PEGGY PRESTON,
MARK WEISS,
JACOLYN BARUCH, and
DAVID BELL,

    Defendants.
_____/



## ORDER VACATING THE
## OCTOBER 27, 2000 PROTECTIVE ORDER AS TO STEVE RAFFA

This matter is before the Court on the United States' agreed motion to vacate the protective order entered by this Court on October 27, 2000, as to Steve Raffa. After reviewing the agreed



motion and being otherwise fully advised in the matter, it is hereby

ORDERED AND ADJUDGED:

1. That the United States' agreed motion to vacate the October 27, 2000 protective order as to Steve Raffa is granted.

2. The terms of the October 27, 2000 protective order are vacated as to Steve Raffa, Cash 96 Corp., Sanjo Center, Inc., his attorney, agents, family members, heirs, executors, representatives and assigns.

DONE AND ORDERED in Chamber at Miami, Florida, this 30th day of ~~December~~ November, 2000.

HONORABLE PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

Copies to:
AUSA William H. Beckerleg, Jr.
David M. Garvin, Esq.
Attorney for Steve Raffa