UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JULIUS BRUCE CHIUSANO, et al.,
_____/



ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to Magistrate Judge Barry L. Garber to take all necessary and proper action as required by law regarding intervener REPUBLIC SECURITY BANK's Motion to Quash or Modify Subpoena.

DONE AND ORDERED in Miami, Florida this 14th day of December, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry L. Garber
Jeremy J. Hart, Esq.
Donald R. Spadaro, Esq.
Brian McCormick, AUSA
Pre-Trial Services