UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                                    Case No: 00-6309-CR-SEITZ (s)(s)

JOHN MAMONE, ETAL    /

**ORDER**

FILED by ___ D.C.
AUG 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED Second Superseding Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 21st day of August, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE