UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ



FILED by _____ D.C.

OCT 0 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN, et al.,

_____/

### ORDER SETTING EMERGENCY HEARING
### ON DISCOVERY MATTERS

This matter came before the Court on the Government's Notice Concerning Status Conference. The Court having reviewed the notice and being otherwise fully advised, it is

ORDERED as follows:

1.      This matter is set for a status conference on **October 10, 2001, at 9:00 a.m.** Counsel for the Government, David Rothman and all CJA counsel MUST attend this Status Conference. All other counsel are encouraged to attend.

2.      **All CJA counsel shall immediately cease any copying of discovery documents until further order of this Court.**

3.      On or before Noon on **October 9, 2001**, the Government shall file affidavits to support the allegations in its Notice Concerning Status Conference.

4.      On or before Noon on **October 9, 2001,** all CJA counsel shall provide an itemization of the copying expenses incurred to date.

DONE AND ORDERED in Miami, Florida this 2nd day of October, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
See attached Service List

Since the initiation of this Court's
FAXBACK program, the parties are
no longer required to submit envelopes
with their motions & proposed orders.
**Orders should include a full service list.**

SERVICE LIST
00-6309-CR-SEITZ
USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

Diana Fernandez, AUSA
Fort Lauderdale

David Rothman, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL  33131
*Counsel for John Mamone*

John R. Howes, Esq. (CJA)
633 S.E. 3rd Avenue
Suite 4F
Fort Lauderdale, FL  33301
*Counsel for Fred Morgenstern*

Ana Jhones, Esq. (CJA)
330 Biscayne Blvd.
Suite 625
Miami, FL  33132
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL  33144
*Counsel for Joseph Silvestri*

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL  33131
*Counsel for Michael Buccinna*

David Tarlow, Esq.
801 Brickell Avenue
Suite 1901
Miami, FL  33131
*Counsel for Frederick Scarola*

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL  33394
*Counsel for Mark Carattini*

Neil Nameroff, Esq.
100 S.E. 2nd Street
Suite 3350
Miami, FL  33131
*Counsel for Anson Klinger*

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA  90210
*Counsel for Charles Clay*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL  33301
*Counsel for Charles Clay*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL  33156
*Counsel for Mark Weiss*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 925
Fort Lauderdale, FL  33301
*Counsel for David Bell*

Kenneth Swartz, AFPD
*Counsel for John O'Sullivan*

Jayne Weintraub, Esq.
100 S.E. 2nd Street
Suite 3550
Miami, FL  33131
*Counsel for Joseph Russo*

Howard Srebnick, Esq.
201 South Biscayne Blvd.
Suite 1300
Miami, FL  33131
*Counsel for Doreen Russo*

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.