UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6309-CR-PAS

   v.                             MIAMI, FLORIDA
                              September 21, 2001
                              VOLUME I
                              PAGES 1 TO 39

JOHN MAMONE
FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
JULIUS BRUCE CHIUSANO
MICHAEL BUCCINNA
JEFFREY BASS
FREDERICK SCAROLA
GIUSEPPE BELLITTO
MARK CARATTINI
PAUL DE FILIPPI
ANSON KLINGER
JOSEPH SPITALERI
CHARLES CLAY
PEGGY PRESTON
MARK WEISS
JACOLYN BARUCH
DAVID BELL
JOSEPH RUSSO
DOREEN RUSSO

FILED by _____ D.C.
APPEAL
OCT 0 2 2001
CLARENCE MADDOX
CLER. U.S. DIS. CT
S.D. OF FLA

STATUS CONFERENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:
              BRIAN MC CORMICK, ESQ.
              DIANA FERNANDEZ, ESQ.
              Assistant United States Attorneys
              99 N.E. 4th Street
              Miami, FL  33132

REPORTED BY:    DAVID S. EHRLICH, RPR
              Official Court Reporter
              301 N. Miami, Room 504
              Miami, Florida 33128-7788
              (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:

J. MAMONE            JAMES BENJAMIN, ESQ.

F. MORGENSTERN       JOHN HOWES, ESQ.

D. MORGENSTERN       ANA JHONES, ESQ.

J. SILVESTRI         EMMANUEL PEREZ, ESQ.


J.B. CHIUSANO        DON SPADERO, ESQ.

M. BUCCINNA          JAMES BENJAMIN, ESQ.

J. BASS              MICHAEL TARRE, ESQ.

F. SCAROLA           DAVID TARLOW, ESQ.

G. BELLITTO          CHARLES WENDER, ESQ.

M. CARATTINI         JAMES BENJAMIN, ESQ.


P. DI FILIPPI        PETER RABEN, ESQ.


A. KLINGER           NEIL NAMEROFF, ESQ.
                     JOHN HOWES, ESQ.

J. SPITALERI         BRIAN BEIBER, ESQ.

C. CLAY              JON MAY, ESQ.

P. PRESTON           ANA JHONES, ESQ.

M. WEISS             ANA JHONES, ESQ.

J. BARUCH            MICHAEL TARRE, ESQ.

D. BELL              JAMES BENJAMIN, ESQ..

O'SULLIVAN           KEN SWARTZ, ESQ.

J. RUSSO             STEVE POTOLSKY, ESQ.
```