UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

STEVE RAFFA, et al.,

    Defendants.
_____/



### ORDER

PURSUANT TO Administrative Order No. 99-56, the following case pending before United States District Judge Dimitrouleas is hereby transferred to the paired United States Magistrate Judge for United States District Judge Dimitrouleas:

00-6309-CR-Dimitrouleas; UNITED STATES v. STEVE RAFFA, et al.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of February, 2002.

                                BARRY L. GARBER
                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Dimitrouleas
U.S. District Judge Seitz
Counsel of record