1

FILED by _____ D.C.
APPEALS
FEB 24 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                Case No. 00-6309-CR-PAS

    v.                                  MIAMI, FLORIDA
                                        April 27, 2005
                                        VOLUME I

                                        PAGE 1 TO 33
JEFFREY BASS


                  FINAL REVOCATION HEARING
            BEFORE THE HON. PATRICIA A. SEITZ, J.
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

                    MICHAEL J. DITTO, ESQ.
                    Assistant United States Attorney
                    99 N.E. 4th Street
                    Miami, FL  33132

FOR THE DEFENDANT:

                    MICHAEL S. TARRE, ESQ.
                    Suite 3700 - 1 biscayne tower
                    2 South Biscayne Boulevard
                    Miami, FL  33131-1806




REPORTED BY:        DAVID S. EHRLICH, RPR
                    Official Court Reporter
                    301 N. Miami, Room 504
                    Miami, Florida 33128-7788
                    (305) 523-5537


Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER